ORIGINAL
FILED

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  JAY R. WEILL (SBN 7534)
   Chief, Tax Division
3  TOM MOORE (ASBN 4305-T78O)
   Assistant United States Attorneys
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94l02
5  Telephone: (415) 436-6935
   Facsimile: (415) 436-6748
6
   Attorneys for the United States of America
7

07 JUL 17 PM 2: 41

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

8               IN THE UNITED STATES DISTRICT COURT FOR THE

                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11  UNITED STATES OF AMERICA,          )  NO.
    JEANETTE FARMER, Revenue Officer,  )
12                                      )     07  3684
              Petitioners,             )  VERIFIED PETITION TO
13                                      )  ENFORCE INTERNAL  JCS
          v.                           )  REVENUE SERVICE SUMMONS
14                                      )
    KENTON A. HOOVER,                  )
15                                      )
              Respondent.              )
16  _____)

17        The **UNITED STATES OF AMERICA**, through its undersigned counsel, petitions this

18  court to enforce the Internal Revenue Service (IRS) Summons issued to respondent **KENTON**

19  **A. HOOVER** on May 22, 2007. In support thereof, the **UNITED STATES** alleges as follows:

20        1.    This proceeding is brought pursuant to Section 7401 of the Internal Revenue Code

21  ("IRC") (36 U.S.C.), at the request of the Chief Counsel of the IRS, a delegate of the Secretary of

22

23  the Treasury, and at the discretion of the Attorney General of the United States.

24        2.    This court has jurisdiction to enforce the IRS summons pursuant to 26 U.S.C.
25
26  sections 7402(a)-(b) and 7604(a), and 28 U.S.C. sections 1340 and 1345.

27        3.    Venue is proper in this judicial district as respondent may be found within this

28  district. 26 U.S.C. §§ 7402(b), 7604(a).

4.      **JEANETTE FARMER** is a duly commissioned IRS Revenue Officer employed in the IRS's Small Business/ Self-Employed Compliance Area 7. Declaration of Revenue Officer Farmer ("Farmer Decl") ¶ 1. The Declaration of Revenue Officer Farmer is being filed concurrently with this Petition and is incorporated herein by reference.

5.      Revenue Officer Farmer is authorized to issue IRS summonses under the authority of 26 U.S.C. §§ 7602 and 7608, and C.F.R. § 301.7620-1. Farmer Decl. ¶ 1.

6.      Respondent resides at 1328 10th Avenue, San Francisco, California 94122, within the jurisdiction of this court.

7.      Respondent currently has outstanding income tax liabilities for the calendar tax periods ending December 31, 2000, December 31, 2001 and December 31, 2002.

8.      Revenue Officer Farmer is conducting an investigation to ascertain respondent's assets and liabilities for the period from January 1, 2007 through May 1, 2007, in order to determine collection potential.

9.      To determine collection potential, Revenue Officer Farmer needs to obtain personal financial information from respondent. Other measures used to retrieve financial information about respondent have proven inconclusive.

10.     In furtherance of her efforts to collect respondent's unpaid tax liability, on March 13, 2007, Revenue Officer Farmer issued a summons, directing respondent to appear before her and produce documents on March 28, 2007. Farmer Decl ¶ 3. On March 14, 2007 Revenue Officer Farmer served an attested copy of the summons by leaving it with respondent's neighbor, Chris Duderstadt, in accordance with instructions left by respondent on the front door of his personal residence. Farmer Decl. at ¶ 3. Respondent did not appear or produce documents as requested. Farmer Decl. at ¶ 3.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

11.    On April 6, 2007, the IRS Office of Chief Counsel (IRS Counsel) sent a letter to respondent, requesting that he appear before Revenue Officer Farmer on April, 25, 2007.  Farmer Decl. at ¶ 4.  On April 25, 2007, respondent sent a letter addressed to Officer Farmer stating that he would not appear for the meeting scheduled on that date.  Farmer Decl. at ¶ 5.  IRS Counsel received a copy of the letter via fax, but Officer Farmer did not.  Farmer Decl. at ¶ 5.  Respondent did not attempt to reschedule the conference or provide any documents.  Farmer Decl. at ¶ 5.

12.    Due to concerns that the first summons had not been properly served, Officer Farmer issued another summons on May 22, 2007.  The summons directed respondent to appear before Officer Farmer and/ or her designees on June 7, 2007 at 10:00 a.m., and to produce, books, records, paper and other data demanded in the summons.  Farmer Decl. at ¶ 6.  On May 24, 2007, Revenue Officer Farmer personally served an attested copy of the summons on respondent by affixing it to the front door of his personal residence.  Farmer Decl. at ¶ 7.  A true and correct copy of the summons is attached as Exhibit A to the Farmer Declaration.  Farmer Decl. at ¶ 6.  Respondent did not appear or produce documents as required by the summons.  Farmer Decl. at ¶ 8.

13.    On June 12, 2007, IRS counsel sent a letter to respondent, notifying him of his failure to comply with the summons.  The letter requested that respondent appear before Revenue Officer Farmer on June 29, 2007, and bring with him all records and documents specified in the summons.  Farmer Decl. at ¶ 9.  Respondent did not appear or otherwise reply.  Farmer Decl. at ¶ 9.

14.    Respondent has failed to produce for examination the books, papers, records, and other data demanded in the summons.  Farmer Decl. at ¶ 10.  Respondent's refusal to comply with the summons continues to this date.  Farmer Decl. at ¶¶ 10-11.

15.    It is necessary to examine the books, papers, records and other data sought by the IRS summons, for the purpose of collecting respondent's Federal tax liabilities for tax years 2000 through

2002. Farmer Decl. at ¶ 14.  The summons is relevant to the IRS's efforts to collect the tax owed by respondent. Farmer Decl. at ¶ 14, Ex. A.

16.    The books, papers, records, and other data sought by the summons are not already in the IRS's possession.  Farmer Decl. at ¶ 11.

17.    All administrative steps required by the Internal Revenue Code for the issuance of the summons have been taken.  Farmer Decl. at ¶ 12.

18.    There is no "Justice Department referral" in effect with respect to respondent for the tax years 2000 through 2002 to the present, as that term is define in U.S.C. Title 26, Section 7602(d). Farmer Decl. at ¶ 13.

19.    In order to obtain enforcement of a summons, the United States must establish that: (1) the IRS's investigation is conducted for a legitimate purpose, (2) the material being sought is relevant to that purpose, (3) the material begin sought is not already in the possession of the IRS, and (4) the IRS complied with all administrative steps required by the Internal Revenue Code.  **Untied States v. Powell**, 379 U.S. 48, 57-58 (1964); **Crystal v. United States**, 175 F.3d 1141, 1143-1144 (9th Cir. 1999); **United States v Jose**, 131 F.3d 1325, 1327 (9th. Cir 1997) (en banc).  "The government's burden is a light one, and may be satisfied by a declaration from the investigating agent that the **Powell** requirements have been met."  **Crystal**, 172 F.3d at 1144 (quoting **United States v. Dynavac, Inc.**, 6 F.3d 1407, 1414 (9th Cir.1993)).  Further, a summons may not be enforced if the IRS has referred the investigation to the Department of Justice for criminal prosecution. See 26 U.S.C. § 7602(d).

20.    Based on this Petition and the Declaration of Revenue Officer **JEANETTE FARMER** filed herewith, the Untied States respectfully submits that is has met the **Powell** requirements set out above.

1    **WHEREFORE,** the Untied States respectfully prays:

2    A.    That the named respondent herein be ordered to appear and show cause before this

3    Court, if any, why he should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such

4

5    testimony and to produce such items as are required in the herein above described summons;

6    B.    That respondent be ordered by the Court to appear before the petitioner **JEANETTE**

7    **FARMER** or any other designated agent, at a time and place directed by the Court and the and there

8    give such testimony and produce such items as is required by the summons; and

9

10    C.    That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in

11    this proceeding and such other and further relief as may be necessary and proper.

12

13                                        SCOTT N. SCHOOLS
                                          United States Attorney
14

15

16                                        TOM MOORE
                                          Assistant United States Attorney
17                                        Tax Division

18

19

20

21

22

23

24

25

26

27

28

Verified Petition To Enforce
IRS Summons                              5