ORIGINAL
FILED

07 JUL 17 PM 2: 41

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney
2   JAY R. WEILL (SBN 7534)
    Chief, Tax Division
3   TOM MOORE (ASBN 4305-T78O)
    Assistant United States Attorneys
4   450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
5   Telephone: (415) 436-6935
    Facsimile: (415) 436-6748
6

E-Filing

7   Attorneys for the United States of America

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                        NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA and        )  C 07
    JEANETTE FARMER, Revenue Officer,   )  NO.
12                                      )                    3684
                                        )
13                Petitioners,          )  DECLARATION OF JEANETTE
                                        )  FARMER IN SUPPORT OF          JCS
14          v.                          )  PETITION TO ENFORCE
                                        )  INTERNAL REVENUE SERVICE
15  KENTON A. HOOVER,                   )  SUMMONS
                                        )
16                Respondent.           )
                                        )
17  _____ )

18          I **JEANETTE FARMER**, on behalf of petitioners, declare pursuant to 28 U.S.C. §

19  1746(1):

20          1. I am a duly commissioned Revenue Officer employed by the Internal Revenue Service

21  (IRS), in the Small Business/ Self-Employed Compliance Area 7.  My post of duty is San

22  Francisco, California.  I am authorized to issue summonses pursuant to the authority contained in

23

24  section 7602 of Title 26, U.S.C., and 26 C.F.R. § 301.7602-1.

25          2. In my capacity as a Revenue Officer, I am currently conducting an investigation to

26  gather financial information on respondent **KENTON A. HOOVER** to aid in the collection of

27  respondent's tax liabilities for the calendar tax periods ending December 31, 2000 and December

28

Decl. In Supp of IRS Summons                    1

31, 2001, and December 31, 2002. I am informed and believe that respondent has documents that could aid in carrying our this investigation.

3. On March 13, 2007, I issued an IRS summons directing respondent to appear before me on March 28, 2007, and to provide books, records, papers and other data relating to the collection of the above-mentioned tax liabilities. On March 14, 2007, I delivered a copy of this summons by leaving it with respondent's neighbor, in accordance with instructions left by respondent on the front door of his personal residence. Respondent did not appear or produce documents as requested.

4. The IRS Office of Chief Counsel (IRS Counsel) sent a letter to respondent on April 6, 2007 requesting that he appear before me on April 25, 2007 and that he bring with him all records and documents specified in the March 13, 2007 summons.

5. April 25, 2007 respondent sent a letter addressed to me stating that he would not appear for our scheduled meeting. IRS Counsel received a copy of this letter via fax, but I did not receive a copy. Respondent did not attempt to reschedule the conference or to provide any documents.

6. On May 22, 2007, in furtherance of the above investigation and in accordance with United States Code (U.S.C.), section 7602, I issued an IRS summons directing respondent to appear before me on June 7, 2007, and to provide books, records, papers and other data relating to the collection of the above-mentioned tax liabilities. A copy of the original summons is attached hereto as **Exhibit A**.

7. On May 24, 2007, in compliance with section 7603(a) of Title 26 U.S.C., I hand delivered a copy of the summons descried in paragraph 6 above, by affixing it to the front door of respondent's personal residence, 1328 10th Avenue, San Francisco, California 94122.

8. Respondent did not appear or produce documents as required by the summons.

9. IRS counsel sent a letter to respondent on June 12, 2007, notifying him of his failure to comply with the summons. The letter requested that respondent appear before me on June 29, 2007, and bring with him all records and documents specified in the summons. Respondent did not appear for our June 29, 2007 conference or otherwise reply.

10. As of the date of this declaration , respondent has failed to comply with the summons.

11. The books, papers, records, or other data sought by the summons are not already in the possession of the IRS.

12. All administrative steps required by the Internal Revenue Code for issuance of summonses have been taken.

13. There is no "Justice Department referral" in effect with respect to respondent for tax years 2000 through 2002 to the present, as that term is defined in U.S.C. Title 26, Section 7602(d).

14. It is necessary to examine the books, papers, records, and other data sought by the summonses in order to collect respondent's Federal tax liabilities for tax years 2000 through 2002.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____ $17$ ____ of July, 2007.

_____
**JEANETTE FARMER**
Revenue Officer