10/19/26 @ 1:30PM

e-Filing

FILED
JUL 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STANDING ORDER**

C 07 3684 JCS

1. Civil Law and Motion is heard on Fridays, at 9:30 a.m. Criminal Law and Motion is heard on Fridays, at 10:30 a.m. Counsel need not reserve a hearing date in advance for civil motions. However, noticed dates may be reset as the Court's calendar requires.

2. Case Management and Pretrial Conferences are heard on Fridays, at 1:30 p.m. Case Management Conferences will no longer be recorded, unless requested by the parties.

3. In cases that are randomly assigned to Judge Spero for all purposes, a Consent to Proceed before a U.S. Magistrate Judge and a Declination to Proceed Before a Magistrate Judge And Request For Reassignment to a United States District Judge Forms will be mailed to all parties. The parties are requested, within two weeks from receipt of the form, to complete and file the form indicating their consent or request for reassignment to a District Judge.

4. Parties with questions regarding scheduling of settlement conferences should contact Judge Spero's secretary, Mary Ann Macudzinski-Gomez, at (415) 522-3691. All other scheduling questions should be addressed to Judge Spero's courtroom deputy, Karen Hom, at (415) 522-2035.

5. In lieu of filing formal discovery motions, lead trial counsel for Plaintiff(s) and lead trial counsel for Defendant(s) shall meet and confer **in person** regarding the subject matter of the Motion(s) in an effort to resolve these matters. After attempting other means to confer on the issue (i.e. letter, phone call, e-mail) any party may demand such a meeting on ten (10) business days' notice. The location of the meeting will alternate with the first location selected by counsel for Plaintiff, the second by counsel for Defendant, etc. Within five (5) business days of the lead trial counsels' meet-and-confer session, the parties shall provide a detailed Joint Letter to the Court. This Joint Letter shall include a description of every issue in dispute and,

1 | with respect to each such issue, a detailed summary of each party's final substantive position
2 | and their final proposed compromise on each issue. Upon receipt of the Joint Letter the Court
3 | will determine what future proceedings are necessary.
4 |
5 |       6.      In all "e-filing" cases, when filing papers in connection with any motion for
6 | determination by a judge, the parties shall, in addition to filing papers electronically, lodge with
7 | chambers a printed copy of the papers by the close of the next court day following the day the
8 | papers are filed electronically. **These printed copies shall be marked "Chambers Copy" and**
9 | **shall be submitted directly to Magistrate Judge Spero's chambers in an envelope clearly**
10 | **marked with the judge's name, case number and "E-Filing Chambers Copy." Parties**
11 | **shall not file a paper copy of any document with the Clerk's Office that has already been**
12 | **filed electronically.**
13 |
14 |       7.      Any proposed stipulation or proposed order in a case subject to electronic filing
15 | shall be sent by email to **jcspo@cand.uscourts.gov.** This address is to be used only for
16 | proposed orders unless otherwise directed by the Court.
17 |       IT IS SO ORDERED.
18 |
19 | Dated: May 29, 2007
20 |                                               _____
21 |                                               JOSEPH C. SPERO
                                                  United States Magistrate Judge

2