1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3   10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone: (415) 436-6935
5
   Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and JEANETTE FARMER, Revenue Officer,** )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>**KENTON HOOVER,** )<br>)<br>Respondent. )<br>) | Case No. C-07-3684-JCS<br><br>**PROOF OF SERVICE AND**<br><u>**DECLARATION OF KEVIN CHENG**</u> |

I, Kevin Cheng, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

1.    I am a Revenue Officer with the Internal Revenue Service of the United States Department of Treasury at 450 Golden Gate Avenue, Sixth Floor, San Francisco, California.

2.    On August 16, 2007, I personally served a copy of the Order to Show Cause Re: Enforcement of Internal Revenue Summonses and the Verified Petition to Enforce Internal Revenue Service Summonses on Kenton Hoover at the IRS offices at 450 Golden Gate Avenue, San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4 , 2007, San Francisco, California.


                                            /s/ Kevin Cheng
                                            KEVIN CHENG