## CIVIL MINUTES

**Magistrate Judge Joseph C. Spero**       Lydia Zinn-Court Reporter
FTR 9:43-9:47 (4 min)

Date: **September 21,2007**

Case No: **C07-3684 JCS**

Case Name: **United States, et al v. Kenton Hoover**
Plaintiff Attorney(s):Tom Moore; Michael Edelstein, LC
Defendant Attorney(s): In pro per
Deputy Clerk: **Wings Hom**

| **Motions** | **RULING:** |
|---|---|
| 1. OSC - enforcement of IRS summons | Granted |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING: Deft to appear on 10/18/07 @ 10 a.m.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
        [ ] Jury  [ ] Court


Notes: Deft signed consent



cc:  Karen, Mary Ann (2)