FILED
2007 SEP 21 PM 4: 24
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA and JEANETTE FARMER, Revenue Officer, | ) ) NO. C-07-3684-JCS |
|---|---|
| Petitioners, | ) ) |
| v. | ) ORDER ENFORCING SUMMONS ) |
| KENTON A. HOOVER, | ) ) |
| Respondent. | ) ) |

This case having come on for hearing on September 21, 2007, at 9:30 a.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that respondent, Kenton A. Hoover, shall appear before Revenue Officer Jeanette Farmer, or any other designated agent, on October 1f, 2007, at 10:00 a.m., at the Offices of the Internal Revenue Service located at 450 Golden Gate Avenue, 6th Floor, San Francisco, California, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons (attached to the Verified Petition to Enforce Internal Revenue Service Summons as **Exhibit A**) and produce for the Revenue Officer's inspection and copying respondent's records also described in the subject Internal Revenue Service summons.

**ORDERED** this  21st  day of September, at San Francisco, California.

_____
UNITED STATES MAGISTRATE JUDGE