# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# AMENDED CIVIL MINUTE ORDER

**CASE NO.** C 07-03684 JCS

**CASE NAME:** USA v. KENTON A. HOOVER

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: October 12, 2007     **TIME**: | **COURT REPORTER**: Not Recorded |
| **COUNSEL FOR PLAINTIFF:** <br> No Appearance | **COUNSEL FOR DEFENDANT:** <br> No Appearance |

**PROCEEDINGS:**                                                      **RULING:**

___

**ORDERED AFTER HEARING:**

Minute Order of 9/21/7 is amended to reflect that the Consent to Proceed before a U.S. Magistrate Judge, signed by Kenton Hoover, indicated that he is a *Plaintiff* in this action, which is erroneous. The record should reflect that Kenton Hoover orally consented to magistrate judge jurisdiction. The consent form executed on 9/21/7 by Kenton Hoover should reflect that he is a **Defendant** in this action.

___

**ORDER TO BE PREPARED BY:**        () Plaintiff        () Defendant        () Court

**CASE CONTINUED TO:**                  at 1:30 p.m., for a further case mgmt conference.

___

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |

**Trial Date:**           at 8:30 a.m.  ()Jury    ()Court      Set for     days
___

**cc:**      Chambers; Karen
\* (T) = Telephonic Appearance