```
1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASB 4305-O78T)
   Assistant United States Attorney
3    10th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
4    San Francisco, California 94102
     Telephone: (415) 436-7017
5
   Attorneys for the United States of America
6
```

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>JEANETTE FARMER, Revenue Officer,<br><br>　　　　Petitioners,<br><br>　v.<br><br>KENTON A. HOOVER,<br><br>　　　　Respondent. | Case No. C-07-3684-JCS<br><br>**REQUEST FOR DISMISSAL<br>AND ORDER THEREON** |

　　　　On September 21, 2007, this Court entered its Order To Show Cause re Enforcement of Internal Revenue Service Summons in this matter.

　　　　The order was served on the respondent who then appeared before petitioner Jeanette Farmer and complied with the summons.

　　　　Because Respondent has complied with summons, the United States of America asks that this matter be dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　SCOTT N. SCHOOLS
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ Thomas Moore
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　Tax Division

**IT IS SO ORDERED.**

　　　　**ORDERED** this _____ day of October, 2007 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy of the following:

**REQUEST FOR DISMISSAL AND ORDER THEREON**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____   **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

KENTON A. HOOVER
1328 10TH AVE.
SAN FRANCISCO, CA 94122-2304

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **October 19, 2007** at San Francisco, California.

              /s/ Kathy Tat
              **KATHY TAT**
              **Legal Assistant**